IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 21-0407-CG-MU ) |
| MCDONALD OIL COMPANY, | ) ) |
| Defendant. | |

### ORDER OF DISMISSAL

On December 15, 2022, a settlement conference was held in this case before Magistrate P. Bradley Murray. The parties have settled this case. Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, from the active docket of this Court subject to the right of the parties to reinstate this case within the next **90 days** should settlement not be consummated.

Additionally, the parties shall each bear its own costs, expenses, and attorneys' fees in accordance with the terms of their settlement agreement.

It is further **ORDERED** that this case will remain on the Court's administrative docket and the Court shall **RETAIN JURISDICTION** over this case for **three years** from the date of this Order for purposes of enforcing the settlement agreement.

**DONE** and **ORDERED** this 28th day of December, 2022.

    /s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE